

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00913-CR

Tiny **MACKEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6733
Honorable Christine Del Prado, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Delivered and Filed: November 8, 2023

DISMISSED FOR LACK OF JURISDICTION

On October 12, 2023 appellant filed a notice of appeal, which does not identify any judgment or other appealable order. The clerk's record has also been filed in this appeal. It includes an indictment filed August 3, 2023, a series of defense motions filed after the indictment was filed, and a criminal docket sheet containing zero court entries. However, it contains no judgment or order of any kind.

As a general rule, a criminal defendant's right of appeal is limited to an appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. art. 44.02; *see also State v. Sellers*, 790

S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990) ("A defendant's general right to appeal under [article 44.02] and its predecessors has always been limited to appeal from a 'final judgment,' though the statute does not contain this limitation on its face."). Moreover, "[t]he courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

Based on the foregoing, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel filed a response explaining appellant filed the notice of appeal pro se, agreeing "there is nothing to appeal," asking this court to "dismiss the appeal," and advising that he "will thoroughly advise Appellant of the right to appeal in the event that a final judgment of conviction is entered into against her."

Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH